# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2006

129218

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

TERESE ANNETTE MOLER,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129218
COA: 253230
Jackson CC: 87-044047-FH

On order of the Court, the application for leave to appeal the June 14, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

CAVANAGH and KELLY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2006

_____
Clerk

p0125